**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-03351-REB-KMT

JONATHAN KNIGIN,

　　　Plaintiff,

v.

CRESCENT DESIGN & CONSTRUCTION, INC.,
BULENT BELGESAY, a/k/a BILL BELGESAY,
AKIN BELGESAY, a/k/a SAM BELGESAY,
IAC/INTERACTIVE CORP., INC.,
SERVICEMAGIC, INC., and
ABC CORP. 1-X,

　　　Defendants.

---

**ORDER OF DISMISSAL AS TO
DEFENDANTS SERVICEMAGIC, INC., IAC/INTERACTIVE CORP., INC., and
ABC CORP. 1-X, ONLY**

---

**Blackburn, J.**

　　　The matter is before me on the **Stipulation of Dismissal With Prejudice** [#31][1]

filed November 27, 2012.  After reviewing the stipulation and the record, I conclude that

the stipulation should be approved and plaintiff's claims against defendants

ServiceMagic, Inc. and IAC/InterActive Corp, Inc. should be dismissed with prejudice.

　　　**THEREFORE, IT IS ORDERED** as follows:

　　　1.  That the **Stipulation of Dismissal With Prejudice** [#31] filed November 27,

2012, is **APPROVED**;

　　　2.  That plaintiff's claims against defendants ServiceMagic, Inc.,  IAC/InterActive

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Corp, Inc., and ABC Corp. 1-X, are **DISMISSED WITH PREJUDICE**; and

3.  That defendants ServiceMagic, Inc.,  IAC/InterActive Corp, Inc. and ABC

Corp. 1-X  are **DROPPED** as named parties to this action, and the case caption is

amended accordingly.

Dated November 28, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge