**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-03351-REB-KMT

JONATHAN KNIGIN,

    Plaintiff,

v.

CRESCENT DESIGN & CONSTRUCTION, INC.,
BULENT BELGESAY, a/k/a BILL BELGESAY, and
AKIN BELGESAY, a/k/a SAM BELGESAY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Notice of Dismissal Without Prejudice** [#34][1] filed December 3, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants Crescent Design & Construction, Inc., Bulent Belgesay a/k/a Bill Belgesay, and Akin Belgesay a/k/a Sam Belgesay should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal Without Prejudice** [#34] filed December 3, 2012, is **APPROVED**;

    2.  That  plaintiff's claims against defendants Crescent Design & Construction, Inc., Bulent Belgesay a/k/a Bill Belgesay, and Akin Belgesay a/k/a Sam Belgesay are

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**DISMISSED WITHOUT PREJUDICE**;

    3.  That the court's **Order to Show Cause** [#33] entered November 28, 2012, is **DISCHARGED**; and

    4. That this case is closed.

    Dated December 3, 2012, at Denver, Colorado.

                                     **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge